# Exhibit B

## THE LUMIN BY 3B MEDICAL, INC.



