Exhibit C

## SoClean 2

## Figure 1
SoClean 2 System



**Figure 2**
SoClean 2 with CPAP Mask



**Figure 3**
SoClean 2 Attached to CPAP

