# Exhibit D

**S<small>O</small>C<small>LEAN</small> 2 G<small>O</small>**

**Figure 1**
SoClean 2 Go System



**Figure 2**
SoClean 2 Go Attached to CPAP



1

**Figure 3**
SoClean 2 Go – Scale



**Figure 4**
SoClean 2 Go – Filter

