# Exhibit F

# Research Triangle Park Laboratories, Inc.

7201 ACC Blvd., Suite 104
Raleigh, NC  27617



ISO 17025 Compliant
*919 510-0228  Telephone*          PA Registration #68-1664
*919 510-0141  Fax*       Web Site: *www.rtp-labs.com*        DEA Registered

September 26, 2018

3B Medical
799 Overlook Drive
Winter Haven, FL  33884

Attn: Alex Lucio, CEO

**PROJECT: Ozone Testing**
**RTP Labs ID:  18-079-2**

The testing was conducted on the CPAP cleaning device received on September 7, 2018.  We received a "SoClean 2 Go Model SC1300 S/N 1300SC052418128" device.  The device was tested for ozone emissions to determine if it exceeded the Federal Regulation for medical devices 21 CFR 801.415 of 0.05 parts per million (ppm).

The testing was conducted using ASTM D5116 "Small Scale Chamber Determination of Volatile Organic Emissions from Indoor Materials/Products" using a 27-liter glass chamber.  At the beginning of each test, an ozone Control sample was collected in the chamber to demonstrate that no ozone was in the chamber prior to turning on the device.  The device was turned on and an ozone sample was collected and analyzed at 20 min time points for the "SoClean 2 Go" device.  The "SoClean 2 Go" device automatically turned off after 14 min, and we modified our test procedure to test the ozone at 10 min.  At the end of each test the device was removed and the chamber was purged with clean air to remove any residual ozone from the previous test.

|         | SoClean 2 Go Mask in bag w/filter | SoClean 2 Go Mask out of bag w/filter | SoClean 2 Go Mask out of bag Filter out of chamber |                       |
|---------|-----------------------------------|---------------------------------------|-----------------------------------------------------|-----------------------|
| Control | <0.05 ppm                         | <0.05 ppm                             | <0.05 ppm                                           |                       |
| 10 min  | 5.60 ppm                          | 5.60 ppm                              | 5.60 ppm                                            | Exceeded Ozone Limit  |

If you have any questions, please give me a call at (919) 510-0228.

Sincerely,

*Alston Sykes*

Alston Sykes, Principal Chemist