Exhibit G

# SOCLEAN MARKETING MATERIALS

**Figure 1**
SoClean 2 Go Bedside Table Marketing[1]



**Figure 2**
SoClean 2 Bedside Table Marketing[2]



---

[1] Source: SoClean, *4 Tips for Traveling with a CPAP Machine*, SOCLEAN (Aug. 31, 2017), https://www.soclean.com/sleep-talk/2017/08/31/4-tips-traveling-cpap-machine/.

[2] Source: SOCLEAN, www.SoClean.com (last visited Apr. 21, 2019).

**Figure 3**
Video Still Depicting Ozone Circulation[3]



---

[3] Sources: SoClean, www.SoClean.com (last visited Apr. 21, 2019); SoClean (SoCleanUSA), *How the SoClean Works*, YouTube (May 15, 2017), https://youtu.be/DHY24IccaAM.