# Exhibit H

# SOCLEAN 2 PACKAGING

## Figure 1
Top of Box



## Figure 2
Bottom of Box



**Figure 3**
Side of Box




# Automated CPAP Sanitizer

Cleans and sanitizes CPAP mask, hose, and heated humidifier reservoir.

Close the lid and go!

Completely automated sanitizing

No equipment disassembly

No water or chemicals

Kills 99.9% of CPAP germs


FDA Registered 3009534409


Independently Lab Tested and Approved

**Figure 4**
Side of Box



**Figure 5**
Side of Box



**Figure 6**
Side of Box

