# Exhibit A







United States English   CONTACT US   0 MY CART

BUY NOW, PAY LATER   Products   Filter Kits   Our Blog   Support   Buy Now

# SoClean Utilizes Ozone to Sanitize CPAP Equipment, but is it Safe?

BY **SOCLEAN INC.**   /   THURSDAY, 24 JANUARY 2013   /   PUBLISHED IN **CLEANING AND COMFORT, PRESS RELEASES**

SoClean™, utilizes ozone to sanitize CPAP Equipment. Discussions have been rising on the safety of home-use of ozone cleaner for CPAP sanitization. Activated oxygen or "ozone" is a natural molecule that is formed when a third atom of oxygen is introduced into the common two-atom molecule that makes up the air we breathe. This molecule becomes "super-charged" and has the ability to oxidize, or destroy many other molecules found in nature. As powerful as it is, this activated oxygen O3 molecule is self-limiting, in that shortly after it is formed it reverts back into normal oxygen.

The average person equates the word "ozone" with smog. While ozone can at times be a component of smog, smog primarily consists of toxic hydrocarbons and volatile organic compounds.

==Some people feel that ozone should not be used by the average homeowner, and that it should only be handled by professionals because of how powerful a sanitizer it is. However, many make daily use of such a powerful product—bleach. Chlorine bleach is incredibly powerful and can be dangerous—even lethal. Yet homeowners are perfectly comfortable using bleach because they understand it can be handled in a safe way. The effectiveness of the product makes it worth following the necessary precautions. Ozone reacts 3,000 times faster than chlorine and can kill any virus or bacteria known to man.==

Now enter the product SoClean and its innovative use of ozone to sanitize CPAP equipment. Ozone is used extensively for municipal water purification and is also used by hospitals, food handlers, and within the hotel industry. Though its use may go unnoticed, ozone continues to be the method of choice when it comes to safe, effective sanitizing.

Some products that have been put out on the market, such as certain air purifiers, have been cited as being a health concern because of their use of ozone. These products discharge ozone into the surrounding air, and expose any humans present to potentially unsafe levels of ozone. What separates the SoClean CPAP cleaner from such devices is that it never releases ozone into the outside environment. It generates ozone and sanitizes CPAP equipment within a closed-loop system. Any gas that escapes this process passes through a special filter that converts it back into breathable oxygen first. Residual ozone that remains in the system naturally reverts back into the air we breathe in about two hours.

With CPAP therapy comes the challenge of keeping the equipment properly sanitized, so as to minimize any potential exposure to MRSA and other pathogens that may be present. It is important to sanitize the mask and equipment because the end-user wears the mask daily. In order to keep the mask clean, typically the end-user has to take apart the mask, hose, and humidifier reservoir, clean them, and then reassemble them.

SoClean's innovative technology automatically completes this daily chore of sanitizing a CPAP mask, hose, and reservoir without any disassembly. It uses this activated oxygen to eliminate any mold, bacteria, and viruses it comes in contact with—safely and effectively.

As the SoClean unit generates activated oxygen, it is pumped directly into the humidifier reservoir, then migrates through the hose into the chamber where the mask rests. Everything exposed to activated oxygen is immediately sanitized. All activated oxygen generated by the cleaning process is safely contained within a closed system. Neither the outside environment nor the CPAP's delicate electronics are exposed.

"Our goal here at SoClean is to enhance and improve the sleep experience and overall health of those with sleep disorders and the partners that are compliant to their therapy as well. If that requires innovation, we are up for the task," said Michael Schmidt, President of SoClean.

Moreover, he adds, "One thing I can say is that we have enjoyed hearing from our customers that there is a side benefit to using the SoClean— their improved health. We designed the device to make a tedious task safe and easy in hopes that if people kept their equipment sanitized, they would see good results and improve their health along with it. It is exciting to hear from so many that this is the case."

For more information on the SoClean CPAP cleaner, and activated oxygen or "ozone" visit: https://www.soclean.com



SEARCH

ARCHIVES
Select Month

FEATURED ARTICLES

Why are Sleep Apnea Diagnoses on the Rise?

SoClean Versus Other CPAP Cleaners

Exercise Tips to Reduce the Severity of Sleep Apnea

The Best Treatments for Sleep Apnea

How to Get Used to CPAP Therapy

4.7 ★★★★★ Google Customer Reviews

**Ordering Information:**

To order the SoClean, please visit: http://www.soclean.com/shop-store/

**About SoClean:**

Many of the employees at SoClean either have, or have a close family member who has obstructive sleep apnea. Their personal insight into this condition is part of the foundation that they have built their company on. They are dedicated to providing relief for OSA sufferers and are proud to be offering the SoClean as a way to get the most out of CPAP therapy. Besides the health benefits connected with using germ-free equipment, there is a peace of mind that comes from knowing that the end-user's CPAP equipment is as safe as can be.

## ABOUT SOCLEAN INC.

### WHAT YOU CAN READ NEXT



**WHY IS IT SO IMPORTANT TO CLEAN YOUR CPAP HUMIDIFIER?**



**SOCLEAN, THE LEADING CPAP CLEANER IN THE U.S., ANNOUNCES INTERNATIONAL EXPANSION**

**HELP WIPE OUT THE SERIOUS PUBLIC HEALTH ISSUE, MRSA, WITH THE NEW PRODUCT SOCLEAN™ FROM BETTER REST SOLUTIONS**

**Popular Links**

Home
News
SoClean
Contact Us
My Account
Buy In Store
Sitemap

About Us
Buy Now
SoClean Testimonials
Support
Privacy Policy
Terms and Conditions
Wholesale

Reseller Login

By subscribing to our mailing list you will always be updated with the latest news from us.

Email Address *

JOIN US

We never spam!

**GET IN TOUCH**

Sales / Purchase: (800) 747.1030
Customer Support: (866) 501.3705
International: +1 (603) 371.3200

SoClean
12 Vose Farm Road
Peterborough, NH 03458

SoClean.com has a Trustpilot rating of **4.6/5** based on **1607** ratings and reviews.

GET SOCIAL

© 2018 SoClean® is a registered trademark owned by SoClean Inc. All Rights Reserved. For all patent information please visit: SoClean.com/patents. Sanitizing capability based on controlled conditions. Actual results may vary. The SoClean is a sanitizing machine; it is not a Positive Airway Pressure device (PAP, CPAP, VPAP, BPAP, BiPAP, or APAP). If you need a PAP machine, mask, hose, or any other medical device, please contact your doctor. Any depictions of PAP equipment and/or accessories such as mask, hose, or reservoirs are for informational purposes and are not included with purchase. SoClean, is an independent company not affiliated with Aeiomed, Apex Medical, Carefusion, Fisher & Paykel, Philips Respironics, PMI Probasic, Puritan Bennett, RESmart, ResMed, or Transcend. Names and associated trademarks are solely owned by the respective companies and manufacturers. Depictions of brand logos on our website are for informational and educational purposes only and are used for customer

**Ordering Information:**

To order the SoClean, please visit: http://www.soclean.com/shop-store/

**About SoClean:**

Many of the employees at SoClean either have, or have a close family member who has obstructive sleep apnea. Their personal insight into this condition is part of the foundation that they have built their company on. They are dedicated to providing relief for OSA sufferers and are proud to be offering the SoClean as a way to get the most out of CPAP therapy. Besides the health benefits connected with using germ-free equipment, there is a peace of mind that comes from knowing that the end-user's CPAP equipment is as safe as can be.

ABOUT SOCLEAN INC.

WHAT YOU CAN READ NEXT



**WHY IS IT SO IMPORTANT TO CLEAN YOUR CPAP HUMIDIFIER?**



**SOCLEAN, THE LEADING CPAP CLEANER IN THE U.S., ANNOUNCES INTERNATIONAL EXPANSION**

**HELP WIPE OUT THE SERIOUS PUBLIC HEALTH ISSUE, MRSA, WITH THE NEW PRODUCT SOCLEAN™ FROM BETTER REST SOLUTIONS**

---

**Popular Links**

Home
News
SoClean
Contact Us
My Account
Buy In Store
Sitemap

About Us
Buy Now
SoClean Testimonials
Support
Privacy Policy
Terms and Conditions
Wholesale

By subscribing to our mailing list you will always be updated with the latest news from us.

Email Address *

yourmail@email.com

**JOIN US**

We never spam!

**GET IN TOUCH**

Sales / Purchase: (800) 747.1030
Customer Support: (866) 501.3705
International: +1 (603) 371.3200

SoClean
12 Vose Farm Road
Peterborough, NH 03458

SoClean.com has a Trustpilot rating of **4.6/5** based on **1607** ratings and reviews.

Reseller Login

© 2018 SoClean® is a registered trademark owned by SoClean Inc. All Rights Reserved. For all patent information please visit: SoClean.com/patents. Sanitizing capability based on controlled conditions. Actual results may vary. The SoClean is a sanitizing machine; it is not a Positive Airway Pressure device (PAP, CPAP, VPAP, BPAP, BiPAP, or APAP.) If you need a PAP machine, mask, hose, or any other medical device, please contact your doctor. Any depictions of PAP equipment and/or accessories such as mask, hose, or reservoirs are for informational purposes and are not included with purchase. SoClean, is an independent company not affiliated with Aeiomed, Apex Medical, Carefusion, Fisher & Paykel, Philips Respironics, PMI Probasic, Puritan Bennett, RESmart, ResMed, or Transcend. Names and associated trademarks are solely owned by the respective companies and manufacturers. Depictions of brand logos on our website are for informational and educational purposes only and are used for customer equipment recognition. We are not affiliated or endorsed by any PAP equipment manufacturer.

GET SOCIAL     

