# Exhibit 4



United States English   CONTACT US   0

$ BUY NOW, PAY LATER   Products   Filter Kits   Our Blog   Support   Buy Now

# William Shatner Announced as SoClean Spokesperson and Ambassador

BY SOCLEAN  /  MONDAY, 03 JUNE 2019
/  PUBLISHED IN: WILLIAM-SHATNER, SLEEP-APNEA, CPAP-THERAPY, FEATURED

*Actor and Comedian Will Help the Company Behind the Groundbreaking CPAP Cleaner Advance Its Mission to Improve Lives of Sleep Apnea Sufferers Worldwide*

**Peterborough, New Hampshire June 3, 2019**—SoClean, the creator of the world's first automated CPAP cleaner and sanitizer, announced that actor William Shatner—a CPAP user and SoClean customer himself—will serve as an ambassador and spokesperson for the device.

Dean Marcarelli, CMO of SoClean, stated: "When identifying a celebrity spokesperson, it was important to us to partner with

SEARCH

Search..

ARCHIVES

Select Month

FEATURED ARTICLES

How To Get The Best Results From CPAP Machine Therapy

Learn About

4.7 ★★★★★
Google Customer Reviews

announced that actor William Shatner—a CPAP user and SoClean customer himself—will serve as an ambassador and spokesperson for the device.

Dean Marcarelli, CMO of SoClean, stated: "When identifying a celebrity spokesperson, it was important to us to partner with someone whose CPAP experience had really improved as a result of the SoClean. Mr. Shatner is an ideal SoClean spokesperson and ambassador because he can speak authentically about his enthusiasm for the SoClean, helping us reach more CPAP users around the world."

The first television advertisements featuring Shatner will air this month, helping SoClean advance its mission to improve the lives of people with obstructive sleep apnea (OSA). Additionally, Shatner's presence will be seen across SoClean's YouTube, Twitter, Facebook, LinkedIn and Instagram platforms.



"After I was diagnosed with sleep apnea 10 years ago, my CPAP machine changed my life," Shatner said. "But I never really understood how important it was to clean it every day to prevent germs and bacteria. That's why I love my SoClean—it makes it simple to keep the CPAP sanitized."

 Learn About Sleep Labs And Sleep Study Centers

 Meditation To Fall Asleep: Tips And Resources For Sleep Apnea

 SoClean Keeps Your CPAP Machine Clean During Spring!

 Why Are Sleep Apnea Diagnoses On The Rise?

 How SoClean Works To Kill 99.9 Percent Of CPAP Germs



4.7 ★★★★★
Google Customer Reviews

"After I was diagnosed with sleep apnea 10 years ago, my CPAP machine changed my life," Shatner said. "But I never really understood how important it was to clean it every day to prevent germs and bacteria. That's why I love my SoClean—it makes it simple to keep the CPAP sanitized."

Nearly 1 billion people globally have sleep apnea, according to an analysis published in 2018 in the American Journal of Respiratory and Critical Care Medicine. Once diagnosed, the most commonly prescribed therapy is nightly use of a continuous positive airway pressure (CPAP) machine.

Robert Wilkins, CEO of SoClean, said: "As far more people around the world are diagnosed with sleep apnea and beginning CPAP therapy every year, there is a greater need for education around the disorder to help sufferers remain compliant with their life-saving therapy. As a SoClean ambassador, Mr. Shatner will help bring new awareness to this disorder so that more people can get the help they need and learn how to improve their CPAP experience."

SoClean's patented design and activated oxygen technology kills up to 99.9 percent of CPAP germs and bacteria in the mask, hose and reservoir without the need for disassembly, water or harsh chemicals.

As a global leader in automated CPAP cleaning, SoClean is constantly innovating to serve the ever-growing needs of the sleep apnea community in an ethical and progressive manner. The company has now expanded to Canada, United Kingdom, France and Germany with plans to open in Italy and Spain soon.

# About SoClean

SoClean Inc. is the creator of the world's first automated CPAP cleaner and sanitizer, an innovative device that naturally sanitizes CPAP equipment without the need for disassembly, water or harsh chemicals. It's the safer, healthier way to breathe cleaner and have a better CPAP experience. For more information, visit http://www.soclean.com.



4.7 ★★★★★
Google Customer Reviews

SoClean Inc. is the creator of the world's first automated CPAP cleaner and sanitizer, an innovative device that naturally sanitizes CPAP equipment without the need for disassembly, water or harsh chemicals. It's the safer, healthier way to breathe cleaner and have a better CPAP experience. For more information, visit http://www.soclean.com.



**Media Contact:**

Brandon Thomas

Red Havas

Brandon.thomas@havas.com

304-542-0319



## Popular Links

- Home
- News
- SoClean
- Contact Us
- My Account
- Buy In Store
- Sitemap

- About Us
- Buy Now
- SoClean Testimonials
- Support
- Privacy Policy
- Terms and Conditions
- Wholesale

By subscribing to our mailing list you will always be updated with the latest news from us.

Email Address *

yourmail@email.com

Join Us

We never spam!

## GET IN TOUCH

**Sales / Purchase: (800) 747.1030**
Customer Support: (866) 501.3705
International: +1 (603) 371.3200
Reseller Support: (888) 822.2261

SoClean
12 Vose Farm Road
Peterborough, NH 03458, USA

SoClean.com has a Trustpilot rating of **4.6/5** based on **1606** ratings and reviews.



© 2019 SoClean® is a registered trademark owned by SoClean Inc. All Rights Reserved. For all patent information please visit: SoClean.com/patents. Sanitizing capability based on controlled conditions. 99.9% refers to the mask and hose. Reservoir results may vary. The SoClean is a sanitizing machine; it is not a Positive Airway Pressure device (PAP, PPC, VPAP, BPAP, BiPAP, or APAP.) If you need a PAP machine, mask, hose, or any other medical device, please contact your doctor. Any depictions of PAP equipment and/or accessories such as mask, hose, or reservoirs are for informational purposes and are not included with purchase. SoClean, is an independent company not affiliated with Aeiomed, Apex Medical, Carefusion, Fisher & Paykel, Philips Respironics, PMI Probasic, Puritan Bennett, RESmart, ResMed,

GET SOCIAL     



Home
News
SoClean
Contact Us
My Account
Buy In Store
Sitemap

About Us
Buy Now
SoClean Testimonials
Support
Privacy Policy
Terms and Conditions
Wholesale

By subscribing to our mailing list you will always be updated with the latest news from us.

Email Address *

yourmail@email.com

Join Us

We never spam!

**Sales / Purchase: (800) 747.1030**

Customer Support: (866) 501.3705
International: +1 (603) 371.3200
Reseller Support: (888) 822.2261

SoClean
12 Vose Farm Road
Peterborough, NH 03458, USA

SoClean.com has a Trustpilot rating of **4.6/5** based on **1606** ratings and reviews.



© 2019 SoClean® is a registered trademark owned by SoClean Inc. All Rights Reserved. For all patent information please visit: SoClean.com/patents. Sanitizing capability based on controlled conditions. 99.9% refers to the mask and hose. Reservoir results may vary. The SoClean is a sanitizing machine, it is not a Positive Airway Pressure device (PAP, PPC, VPAP, BPAP, BiPAP, or APAP.) If you need a PAP machine, mask, hose, or any other medical device, please contact your doctor. Any depictions of PAP equipment and/or accessories such as mask, hose, or reservoirs are for informational purposes and are not included with purchase. SoClean, is an independent company not affiliated with Aeiomed, Apex Medical, Carefusion, Fisher & Paykel, Philips Respironics, PMI Probasic, Puritan Bennett, RESmart, ResMed, or Transcend. Names and associated trademarks are solely owned by the respective companies and manufacturers. Depictions of brand logos on our website are for informational and educational purposes only and are used for customer equipment recognition. We are not affiliated or endorsed by any PAP equipment manufacturer.

GET SOCIAL     



4.7 ★★★★★
Google
Customer Reviews

Buy Now or call us at (800) 747.1030



United States English

CONTACT US

 Products  Filter Kits  Our Blog  Support  Buy Now

# William Shatner Announced as SoClean Spokesperson and Ambassador

BY SOCLEAN  /  MONDAY, 03 JUNE 2019
/  PUBLISHED IN: WILLIAM-SHATNER, SLEEP-APNEA, CPAP-THERAPY, FEATURED

*Actor and Comedian Will Help the Company Behind the Groundbreaking CPAP Cleaner Advance Its Mission to Improve Lives of Sleep Apnea Sufferers Worldwide*

**Peterborough, New Hampshire June 3, 2019**—SoClean, the creator of the world's first automated CPAP cleaner and sanitizer, announced that actor William Shatner—a CPAP user and SoClean customer himself—will serve as an ambassador and spokesperson for the device.

Dean Marcarelli, CMO of SoClean, stated: "When identifying a celebrity spokesperson, it was important to us to partner with



SEARCH

Search..

ARCHIVES

Select Month

FEATURED ARTICLES

How To Get The Best Results From CPAP Machine Therapy

Learn About

4.7 ★★★★★
Google Customer Reviews

announced that actor William Shatner—a CPAP user and SoClean customer himself—will serve as an ambassador and spokesperson for the device.

Dean Marcarelli, CMO of SoClean, stated: "When identifying a celebrity spokesperson, it was important to us to partner with someone whose CPAP experience had really improved as a result of the SoClean. Mr. Shatner is an ideal SoClean spokesperson and ambassador because he can speak authentically about his enthusiasm for the SoClean, helping us reach more CPAP users around the world."

The first television advertisements featuring Shatner will air this month, helping SoClean advance its mission to improve the lives of people with obstructive sleep apnea (OSA). Additionally, Shatner's presence will be seen across SoClean's YouTube, Twitter, Facebook, LinkedIn and Instagram platforms.



"After I was diagnosed with sleep apnea 10 years ago, my CPAP machine changed my life," Shatner said. "But I never really understood how important it was to clean it every day to prevent germs and bacteria. That's why I love my SoClean—it makes it simple to keep the CPAP sanitized."

 Learn About Sleep Labs And Sleep Study Centers

 Meditation To Fall Asleep: Tips And Resources For Sleep Apnea

 SoClean Keeps Your CPAP Machine Clean During Spring!

 Why Are Sleep Apnea Diagnoses On The Rise?

 How SoClean Works To Kill 99.9 Percent Of CPAP Germs



4.7 ★★★★★
Google Customer Reviews

"After I was diagnosed with sleep apnea 10 years ago, my CPAP machine changed my life," Shatner said. "But I never really understood how important it was to clean it every day to prevent germs and bacteria. That's why I love my SoClean—it makes it simple to keep the CPAP sanitized."

Nearly 1 billion people globally have sleep apnea, according to an analysis published in 2018 in the American Journal of Respiratory and Critical Care Medicine. Once diagnosed, the most commonly prescribed therapy is nightly use of a continuous positive airway pressure (CPAP) machine.

Robert Wilkins, CEO of SoClean, said: "As far more people around the world are diagnosed with sleep apnea and beginning CPAP therapy every year, there is a greater need for education around the disorder to help sufferers remain compliant with their life-saving therapy. As a SoClean ambassador, Mr. Shatner will help bring new awareness to this disorder so that more people can get the help they need and learn how to improve their CPAP experience."

SoClean's patented design and activated oxygen technology kills up to 99.9 percent of CPAP germs and bacteria in the mask, hose and reservoir without the need for disassembly, water or harsh chemicals.

As a global leader in automated CPAP cleaning, SoClean is constantly innovating to serve the ever-growing needs of the sleep apnea community in an ethical and progressive manner. The company has now expanded to Canada, United Kingdom, France and Germany with plans to open in Italy and Spain soon.

## About SoClean

SoClean Inc. is the creator of the world's first automated CPAP cleaner and sanitizer, an innovative device that naturally sanitizes CPAP equipment without the need for disassembly, water or harsh chemicals. It's the safer, healthier way to breathe cleaner and have a better CPAP experience. For more information, visit http://www.soclean.com.



SoClean Inc. is the creator of the world's first automated CPAP cleaner and sanitizer, an innovative device that naturally sanitizes CPAP equipment without the need for disassembly, water or harsh chemicals. It's the safer, healthier way to breathe cleaner and have a better CPAP experience. For more information, visit http://www.soclean.com.



**Media Contact:**

Brandon Thomas

Red Havas

Brandon.thomas@havas.com

304-542-0319



## Popular Links

- Home
- News
- SoClean
- Contact Us
- My Account
- Buy In Store
- Sitemap

- About Us
- Buy Now
- SoClean Testimonials
- Support
- Privacy Policy
- Terms and Conditions
- Wholesale

By subscribing to our mailing list you will always be updated with the latest news from us.

Email Address *

yourmail@email.com

Join Us

We never spam!

## GET IN TOUCH

**Sales / Purchase: (800) 747.1030**
Customer Support: (866) 501.3705
International: +1 (603) 371.3200
Reseller Support: (888) 822.2261

SoClean
12 Vose Farm Road
Peterborough, NH 03458, USA

SoClean.com has a Trustpilot rating of **4.6/5** based on **1606** ratings and reviews.



© 2019 SoClean® is a registered trademark owned by SoClean Inc. All Rights Reserved. For all patent information please visit: SoClean.com/patents. Sanitizing capability based on controlled conditions. 99.9% refers to the mask and hose. Reservoir results may vary. The SoClean is a sanitizing machine; it is not a Positive Airway Pressure device (PAP, PPC, VPAP, BPAP, BiPAP, or APAP.) If you need a PAP machine, mask, hose, or any other medical device, please contact your doctor. Any depictions of PAP equipment and/or accessories such as mask, hose, or reservoirs are for informational purposes and are not included with purchase. SoClean, is an independent company not affiliated with Aeiomed, Apex Medical, Carefusion, Fisher & Paykel, Philips Respironics, PMI Probasic, Puritan Bennett, RESmart, ResMed,

GET SOCIAL     



Page 5

Home
News
SoClean
Contact Us
My Account
Buy In Store
Sitemap

About Us
Buy Now
SoClean Testimonials
Support
Privacy Policy
Terms and Conditions
Wholesale

By subscribing to our mailing list you will always be updated with the latest news from us.

Email Address *

yourmail@email.com

Join Us

We never spam!

Sales / Purchase: (800) 747.1030
Customer Support: (866) 501.3705
International: +1 (603) 371.3200
Reseller Support: (888) 822.2261

SoClean
12 Vose Farm Road
Peterborough, NH 03458, USA

SoClean.com has a Trustpilot rating of **4.6/5** based on **1606** ratings and reviews.


© 2019 SoClean® is a registered trademark owned by SoClean Inc. All Rights Reserved. For all patent information please visit: SoClean.com/patents. Sanitizing capability based on controlled conditions. 99.9% refers to the mask and hose. Reservoir results may vary. The SoClean is a sanitizing machine, it is not a Positive Airway Pressure device (PAP, PPC, VPAP, BPAP, BiPAP, or APAP.) If you need a PAP machine, mask, hose, or any other medical device, please contact your doctor. Any depictions of PAP equipment and/or accessories such as mask, hose, or reservoirs are for informational purposes and are not included with purchase. SoClean, is an independent company not affiliated with Aeiomed, Apex Medical, Carefusion, Fisher & Paykel, Philips Respironics, PMI Probasic, Puritan Bennett, RESmart, ResMed, or Transcend. Names and associated trademarks are solely owned by the respective companies and manufacturers. Depictions of brand logos on our website are for informational and educational purposes only and are used for customer equipment recognition. We are not affiliated or endorsed by any PAP equipment manufacturer.

GET SOCIAL     



4.7 ★★★★★
Google Customer Reviews