# Exhibit E

# Research Triangle Park Laboratories, Inc.

7201 ACC Blvd., Suite 104
Raleigh, NC  27617



ISO 17025 Compliant
*919 510-0228  Telephone*   PA Registration #68-1664
*919 510-0141  Fax*       *Web Site: www.rtp-labs.com*   DEA Registered

April 19, 2019

3B Medical
799 Overlook Drive
Winter Haven, FL  33884

Attn: Alex Lucio, CEO

**PROJECT: Ozone Testing**
**RTP Labs ID:  19-025-1 Device Ozone Output Test**

The testing was conducted on the CPAP cleaning device received on March 23, 2019.  We received a "SoClean2 Model SC1200 S/N SC120018100700580" device with a RESMED CPAP SN 23141234692.  The SoClean2 and CPAP devices were tested for ozone emissions to determine if it exceeded the Federal Regulation for medical devices 21 CFR 801.415 of 0.05 parts per million (ppm).

*For this particular test the SoClean2 ozone generator output line was directly measured without going through the CPAP device or into the chamber*.  The SoClean2 was turned on and an ozone sample was collected and analyzed after 1 min.

|         | SoClean2 Direct Output |                      |
|---------|------------------------|----------------------|
| Control | <0.05 ppm              |                      |
| 1 min   | 30.0 ppm               | Exceeded Ozone Limit |

If you have any questions, please give me a call at (919) 510-0228.

Sincerely,

*Alston Sykes*

Alston Sykes, Principal Chemist

# Research Triangle Park Laboratories, Inc.

7201 ACC Blvd., Suite 104
Raleigh, NC  27617



*919 510-0228  Telephone*
*919 510-0141  Fax*          *Web Site: www.rtp-labs.com*

ISO 17025 Compliant
PA Registration #68-1664
DEA Registered

April 19, 2019

3B Medical
799 Overlook Drive
Winter Haven, FL  33884

Attn: Alex Lucio, CEO

**PROJECT: Ozone Testing**
**RTP Labs ID:  19-025-3 With Filter Test**

The testing was conducted on the CPAP cleaning device received on March 23, 2019.  We received a "SoClean 2 Model SC1200 S/N SC120018100700580" device with a RESMED CPAP SN 23141234692.  The SoClean2 and CPAP devices were tested for ozone emissions to determine if it exceeded the Federal Regulation for medical devices 21 CFR 801.415 of 0.05 parts per million (ppm).

The testing was conducted using ASTM D5116 "Small Scale Chamber Determination of Volatile Organic Emissions from Indoor Materials/Products" using a 50-liter Teflon chamber.  At the beginning of the test, an ozone Control sample was collected in the chamber to demonstrate that no ozone was in the chamber prior to turning on the device.  *The SoClean2 filter was installed per instructions and the device was turned on and an ozone sample was collected and analyzed at the end of the 12 min cycle for the SoClean2 device*.  The SoClean 2 device automatically turned off after 12 min.  At the end of each test the device was removed and the chamber was purged with clean air to remove any residual ozone from any previous test.

|  | SoClean 2 With filter |  |
|---|---|---|
| Control | <0.05 ppm |  |
| 12 min Cycle | 28.0 ppm | Exceeded Ozone Limit |

If you have any questions, please give me a call at (919) 510-0228.

Sincerely,

Alston Sykes, Principal Chemist

# Research Triangle Park Laboratories, Inc.

7201 ACC Blvd., Suite 104  
Raleigh, NC  27617



ISO 17025 Compliant  
*919 510-0228  Telephone*　　　　　　　　　　　　　　　　PA Registration #68-1664  
*919 510-0141  Fax*　　　　Web Site: *www.rtp-labs.com*　　DEA Registered

April 19, 2019

3B Medical  
799 Overlook Drive  
Winter Haven, FL  33884

Attn: Alex Lucio, CEO

**PROJECT: Ozone Testing**  
**RTP Labs ID:  19-025-2 Without Filter Test**

The testing was conducted on the CPAP cleaning device received on March 23, 2019.  We received a "SoClean2 Model SC1200 S/N SC120018100700580" device with a RESMED CPAP SN 23141234692.  The SoClean2 and CPAP devices were tested for ozone emissions to determine if it exceeded the Federal Regulation for medical devices 21 CFR 801.415 of 0.05 parts per million (ppm).

The testing was conducted using ASTM D5116 "Small Scale Chamber Determination of Volatile Organic Emissions from Indoor Materials/Products" using a 50-liter Teflon chamber.  At the beginning of the test, an ozone Control sample was collected in the chamber to demonstrate that no ozone was in the chamber prior to turning on the device.  *The SoClean2 filter was removed from the device and the device was turned on and an ozone sample was collected and analyzed at the end of the 12 min cycle for the SoClean2 device*.  The SoClean2 device automatically turned off after 12 min.  At the end of each test the device was removed and the chamber was purged with clean air to remove any residual ozone from any previous test.

| SoClean 2 Without filter | | |
|---|---|---|
| Control | <0.05 ppm | |
| 12 min Cycle | 28.0 ppm | Exceeded Ozone Limit |

If you have any questions, please give me a call at (919) 510-0228.

Sincerely,

*[signature: Alston Sykes]*

Alston Sykes, Principal Chemist

# Research Triangle Park Laboratories, Inc.

7201 ACC Blvd., Suite 104
Raleigh, NC  27617



ISO 17025 Compliant
*919 510-0228  Telephone*   PA Registration #68-1664
*919 510-0141  Fax*     *Web Site: www.rtp-labs.com*   DEA Registered

April 19, 2019

3B Medical
799 Overlook Drive
Winter Haven, FL  33884

Attn: Alex Lucio, CEO

**PROJECT: Ozone Testing**
**RTP Labs ID:  19-025-4 With Filter Test, 2 hour Wait.**

The testing was conducted on the CPAP cleaning device received on March 23, 2019.  We received a "SoClean2 Model SC1200 S/N SC120018100700580" device with a RESMED CPAP SN 23141234692.  The SoClean2 and CPAP devices were tested for ozone emissions to determine if it exceeded the Federal Regulation for medical devices 21 CFR 801.415 of 0.05 parts per million (ppm).

The testing was conducted using ASTM D5116 "Small Scale Chamber Determination of Volatile Organic Emissions from Indoor Materials/Products" using a 50-liter Teflon chamber.  At the beginning of the test, an ozone Control sample was collected in the chamber to demonstrate that no ozone was in the chamber prior to turning on the device.  ***The device was turned on and an ozone sample was collected and analyzed after waiting 2 hours after the end of the 12 min cycle for the "SoClean2" device***.  The SoClean2 device automatically turned off after 12 min.  At the end of each test the device was removed and the chamber was purged with clean air to remove any residual ozone from any previous test.

|  | SoClean2 With filter 2 Hr Wait |  |
|---|---|---|
| Control | <0.05 ppm |  |
| 12 min Cycle | 3.0 ppm | Exceeded Ozone Limit |

If you have any questions, please give me a call at (919) 510-0228.

Sincerely,

*Alston Sykes*

Alston Sykes, Principal Chemist