**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
3B MEDICAL, INC.,

                       Plaintiff,

    -against-                                19 **CIVIL** 3545 (KPF)

## **JUDGMENT**

SOCLEAN, INC.,

                       Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 8, 2020, Defendant's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

       September 9, 2020

                                                               **RUBY J. KRAJICK**
                                                                _____
                                                                **Clerk of Court**
                               **BY:**               K. Mango
                                                                _____
                                                                **Deputy Clerk**