UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3B MEDICAL, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> SOCLEAN, INC., <br><br> Defendant. | 19 Civ. 3545 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 11, 2021, the Second Circuit issued its mandate remanding the case back to this Court. (Dkt. #71). Accordingly, Defendant shall answer the complaint on or by July 7, 2021. Additionally, on or by July 17, 2021, the parties shall submit a joint status update and a Proposed Civil Case Management Plan and Scheduling Order. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at http://nysd.uscourts.gov/judge/Failla.

SO ORDERED.

Dated: June 11, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge